IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CRUM AND FORSTER SPECIALTY INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No.: 1:22-cv-2162<br>) Honorable Sara Ellis<br>) |
| J&J HOME REPAIR & REMODELING, LLC, CHICAGO HOUSING AUTHORITY, and LAQUANDA JACKSON, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## JOINT STATUS REPORT

Plaintiff/Counter-Defendant, Crum and Forster Specialty Insurance Company ("CFSIC"), and Defendant/Counter-Plaintiff, Chicago Housing Authority ("CHA"), by and through their undersigned counsel, and pursuant to this Court's minute entry on September 21, 2022 (Dkt. # 19), hereby submit the following Joint Status Report:

### I. Status of Fact Discovery

The CFSIC and CHA (hereinafter, the "Parties") have completed written fact discovery.

### II. Status of Settlement Discussions

The Parties have not engaged in settlement discussions and, at this time, do not request referral to the magistrate judge for a settlement conference.

### III. Expert Discovery

The Parties do not believe expert discovery is appropriate at this time.

### IV. Future of Litigation/Status of Underlying Action/Request for Dismissal without Prejudice

The Parties have fully briefed CFSIC's Motion for Judgment on the Pleadings against the CHA (Dkt. # 27-29, 42, 44). CFSIC argued that it does not have a duty to defend or indemnify, in pertinent part, the CHA in connection with the claims asserted against the CHA in an action captioned, *LaQuanda Jackson v. Chicago Housing Authority, et al.*, Case No. 2020 L 013557 filed in the Circuit Court of Cook County ("Underlying Action"). CHA opposes CFSIC's position. However, the Parties have learned that the Underlying Action was voluntarily dismissed by Ms. Jackson on January 11, 2023 with the intention to re-file. Pursuant to 735 ILCS 5/13-217, Ms. Jackson has a year from the voluntary dismissal to re-file her lawsuit until January 11, 2024.

In light of the voluntary dismissal of the Underlying Action, CFSIC requests a dismissal without prejudice as to CFSIC's Complaint for Declaratory Judgment and the CHA's Counterclaim for Declaratory Judgment because the insurance coverage dispute between CFSIC and the CHA is no longer a live controversy. CHA does not oppose a dismissal of this action without prejudice. CFSIC has filed an Unopposed Motion for Dismissal without Prejudice (ECF# 45) respectfully requesting a dismissal of this action without prejudice.

| By: /s/*Patricia M. Kelly* | By: /s/*James J. Hickey* |
|---|---|
| Patricia M. Kelly | James J. Hickey, Atty. No. 6198334 |
| Sunil Kumar | Colin B. Willmott, Atty. No. 6317451 |
| pkelly@thecha.org | James.Hickey@kennedyslaw.com |
| SKumar@thecha.org | Colin.Willmott@kennedyslaw.com |
| Chicago Housing Authority | KENNEDYS CMK LLP |
| 60 East Van Buren Street, 12th Floor | 30 South Wacker Drive, Suite 3650 |
| Chicago, IL 60605 | Chicago, IL 60606 |
| (312) 786-6641 | Phone: (312) 800-5000 |
| *Attorneys for Chicago Housing Authority* | Fax: (312) 207-2110 |
| | *Attorneys for Crum and Forster Specialty Insurance Company* |