# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Crum & Forster Specialty Insurance Company

                      Plaintiff,

v.                                                       Case No.: 1:22−cv−02162
                                                        Honorable Sara L. Ellis

JJ Home Repair & Remodeling, LLC, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 27, 2023:

      MINUTE entry before the Honorable Sara L. Ellis: The Court grants the parties' motion to dismiss without prejudice [45] and dismisses Plaintiff's claims and Defendant's counter−claim without prejudice. Each party will bear its own costs and fees. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.